ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HALLIE M. HOFFMAN (CABN 210020)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    FAX: (415) 436-7234
    hallie.hoffman@usdoj.gov

Attorneys for United States of America

FILED
2018 FEB -8 A 10: 44
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 96-30581 SL |
|     Plaintiff, | NOTICE OF DISMISSAL |
|     v. | |
| KEVIN TAYUEH LIN, | |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice. On December 8, 2017, defendant Kevin Tayueh Lin was arrested in Los Angeles, California pursuant to an arrest warrant for the federal criminal violation of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. Lin has been charged by San Mateo County for kidnapping for ransom of a minor child. Lin is presently in custody in the San Mateo County Jail.

    The government also moves that the Court quash the arrest warrant issued in connection with the

//
//
//

NOTICE OF DISMISSAL (CR 96-30581 SL)

complaint in this case.

DATED: February 6, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

Leave is granted to the government to dismiss the Complaint. It is further ordered that the arrest warrant issued in connection with the Complaint is quashed.

Date: Feb 7, 2018

_____
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 96-30581 SL)